UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXIS BERNAL,

    Plaintiff,

v.                                          Case No: 2:18-cv-640-FtM-38MRM

PAVER PRO UNLIMITED, INC.,

    Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is Plaintiff Alexis Bernal's Notice of Voluntary Dismissal with Prejudice (Doc. 10). Plaintiff sued Paver Pro Unlimited, Inc. under the Fair Labor Standards Act ("FLSA") for unpaid overtime wages. (Doc. 1). Plaintiff now informs the Court that her claim has been resolved without compromise and with attorney's fees negotiated separately. (Doc. 10). Therefore, there is no need for the Court to review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); see also *Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily before the opposing party serves either an answer or a motion for summary judgment, as is the case here.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of December, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record